# MARK S. WALLACH

### Trustee in Bankruptcy

United States Bankruptcy Court
Western District of New York
Telephone (716) 852-1835

169 Delaware Avenue
Buffalo, New York 14202



*Receipt # 11092596 $4.05*

October 21, 2011

United States Bankruptcy Court
Western District of New York
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202

Attention: Paul R. Warren, Clerk of the Court

*FILED OCT 21 2011 BANKRUPTCY COURT BUFFALO, N.Y.*

Re: Marie E. Gangloff
BK NO. 10-15361K
Request to Deposit of Unclaimed Funds
into the United States Treasury

Dear Mr. Warren:

Enclosed herewith please find my Trustee check in the amount of $4.05. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).

_X_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

American InfoSource LP as
Agent for T Mobile/T-Mobile
USA Inc.                                    $4.05          Claims Register #6

Very truly yours,

BY: Mark S. Wallach, Trustee

Enclosure